# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | 1:09-cv-02197 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION |
| v. | ) | |
| | ) | (Document 14) |
| ADNAN MOHAMMED SADDELDIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 23, 2010, Plaintiff Joe Hand Promotions, Inc. filed Plaintiff's Ex Parte Application for an Order Vacating the Scheduling Conference. (Doc. 14.) Plaintiff explains that the Clerk has entered default against Defendants Adnan Mohammed Saddeldin, Jay P. Ghazal and Allen Martin Ormonde, individually and d/b/a Samba Brazilian Steak House, and Brazilian BBQ. Inc. (Doc. 14 at 1; *see also* Doc. 13.) Plaintiff anticipates filing an application for default judgment in the near future, and thus seeks an order of this Court vacating the scheduling conference set for April 1, 2010. (Doc. 14 at 1-2.)

//

//

//

1     Plaintiff's ex parte request is granted with alteration.  The scheduling conference
2 scheduled for April 1, 2010, is CONTINUED to July 14, 2010, at 9:30 a.m., in Courtroom 10.  In
3 the event Plaintiff's application for default judgment is filed and subsequently granted, the
4 scheduling conference will become moot.

6     IT IS SO ORDERED.

7     Dated:   **March 23, 2010**            /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE