UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. | No. 1:09-cv-02197 AWI-GSA |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** |
| ADNAN MOHAMMED SADDELDIN, et. al., | |
| Defendants. | (Docs. 38, 31) |

On May 9, 2014, Magistrate Judge Gary S. Austin issued Findings and Recommendations to the effect that Defendant Allen Martin Ormonde's Motion to Vacate Default Judgment be GRANTED.  (Doc. 38).  These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of that order.  Plaintiff Joe Hand Promotions, Inc. filed objections on May 23, 2014.  (Doc. 40).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations issued on May 9, 2014 are ADOPTED IN FULL;

2. The Court's order granting default judgment issued on September 16, 2010 and the judgment issued on that same date are VACATED as to Defendant Allen Martin Ormonde.  (Docs. 21, 22);

3. This action is referred to the Magistrate Judge for further scheduling.

IT IS SO ORDERED.

Dated:   June 3, 2014                                       /s/ signature
                                                      SENIOR DISTRICT JUDGE